UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MVP ASSET MANAGEMENT, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>ALAN TIKWART,<br><br>        Defendant. | Case No.: C 07-2347 PVT<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On July 31, 2007, Plaintiff filed a Case Management Conference Statement in which he notified the court of a related action pending in state court, and indicated Plaintiff's belief that this case should be stayed pending resolution of the state court action.[1]  Based on the Case Management Conference submitted,

IT IS HEREBY ORDERED that the Case Management Conference in this case is continued to August 28, 2007.

IT IS FURTHER ORDERED that counsel for Plaintiff shall make a reasonable attempt to ascertain Defendant's position regarding Plaintiff's request for a stay.

IT IS FURTHER ORDERED that no later than August 21, 2007, Plaintiff shall file a

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1  supplemental Case Management Conference Statement which sets forth what Plaintiff's counsel has
2  learned about Defendant's position regarding Plaintiff's request for a stay.  Plaintiff shall attach to its
3  Supplemental Case Management Conference Statement copies of any correspondence Plaintiff's
4  counsel receives from Defendant or his attorney regarding Plaintiff's request for a stay of this action.
5      IT IS FURTHER ORDERED that no later than August 21, 2007, Plaintiff shall also file
6  either a Consent to Magistrate Judge Jurisdiction, or else a Declination and Request for
7  Reassignment to a District Judge.  Both forms are available from the Clerk of Court, or from the
8  forms section of the court's website at www.cand.uscourts.gov.
9  Dated: *8/3/07*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge