UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MVP ASSET MANAGEMENT LLC, ) | Case No.: C-07-02347 PVT |
|               Plaintiff, ) | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|    v. ) | |
| ALAN TIKWART, ) | |
|               Defendants. ) | |
| _____) | |

      On September 11, 2007, plaintiff MVP Asset Management LLC appeared before U.S. Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on plaintiff's Case Management Statement, Supplemental Case Management Statement and Second Supplemental Case Management Statement, and the discussions held at the Case Management Conference,

      IT IS HEREBY ORDERED that the Case Management Conference be continued to December 11, 2007, 2:00 p.m.

Dated: *September 11, 2007*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge